**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CLIFFORD ALLEN LEWIS
REG. #05005-017                                                                                          PETITIONER

VS.                                        2:05CV00059 JLH/JTR

LINDA SANDERS,
Warden, FCI Forrest City                                                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 27th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE