**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

CLIFFORD ALLEN LEWIS
REG. #05005-017                                                                              PETITIONER


VS.                                          2:05CV00059 JLH/JTR


LINDA SANDERS,
Warden, FCI Forrest City                                                                RESPONDENT


**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITHOUT PREJUDICE.

Dated this 27th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE